# ELECTRONIC RECORD

**521-15**

COA #  05-14-01291-CR                    OFFENSE: 10.01

STYLE:  Ex Parte Tony Yuan Li v.         COUNTY: Collin

COA DISPOSITION:    AFFIRM              TRIAL COURT: County Court at Law No. 5

DATE: 12/22/2014        Publish: NO    TC CASE #: 005-80387-2013


## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Ex Parte Tony Yuan Li v.         CCA #:  **521-15**

___*APPELLANT'S*___ Petition              CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_*REFUSED*_                               JUDGE: _____

DATE: _10/14/2015_                        SIGNED: _____    PC: _____

JUDGE: _Per Curiam_                       PUBLISH: _____   DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD